1  **TORRES | TORRES STALLINGS**
   **A LAWCORPORATION**
2  Alekxia Torres Stallings, SBN 296418
   1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Email: lextorres@lawtorres.com

5  Attorney for:
   JESUS ALBERTO LOPEZ MEDINA
6

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JESUS ALBERTO LOPEZ MEDINA,<br><br>　　　　　Defendant | ) Case No.: 5:24-MJ-00010-CDB<br>)<br>) **STIPULATION AND ~~PROPOSED~~ ORDER**<br>) **TO CONTINUE THE DETENTION**<br>) **HEARING**<br>)<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE CHRISTOPHER D. BAKER, AND CHAN HEE, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, JESUS ALBERTO LOPEZ MEDINA, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the detention hearing currently set for Wednesday, March 6, 2024, at 2:30 p.m. be continued to Wednesday March 20, 2024, at 2:30 p.m.

   Counsel is requesting a continuance due to needing additional information for a detention hearing. I have spoken to AUSA Chan Hee, and he has no objection to continuing the detention hearing. The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it

results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

                                                  Respectfully Submitted,

DATED: March 6, 2024                ***/s/ Alekxia Torres Stallings***
                                                  ALEKXIA TORRES STALLINGS
                                                  Attorney for Defendant
                                                  JESUS LOPEZ MEDINA

DATED: March 6, 2024                ***/s/Chan Hee***
                                                  CHAN HEE
                                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the detention hearing be continued to Wednesday March 20, 2024, at 2:30 p.m. For the reasons set forth above, time shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV).

IT IS SO ORDERED.

Dated:  **March 6, 2024**                         _____
                                                  UNITED STATES MAGISTRATE JUDGE